**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**William SOWARD, Jr., Defendant–Appellant.**

No. 15–2222.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 17, 2015.

Filed: Oct. 2, 2015.

John E. Beamer, U.S. Attorney's Office, Des Moines, IA, for Plaintiff–Appellee.

John P. Messina, Assistant, Federal Public Defender's Office, Des Moines, IA, William Soward, Jr., Greenville, IL, pro se.

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

William Soward directly appeals after the district court[1] revoked his supervised release for the second time, and sentenced him within his Chapter 7 advisory range to 18 months in prison followed by 9 years of supervised release. For reversal, he argues that the revocation sentence is substantively unreasonable.

---

1. The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

1. The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.

Upon careful review, we conclude that the district court did not impose an unreasonable revocation sentence. *See United States v. Growden,* 663 F.3d 982, 984 (8th Cir.2011) (per curiam); *United States v. Petreikis,* 551 F.3d 822, 824 (8th Cir.2009). Accordingly, we affirm the judgment of the district court. We also grant counsel's motion to withdraw.